UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOE GRANT, *et al.,* | ) | Case No.: 1:04 CV 2338 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| MEMRY CORPORATION, *et al.,* | ) | |
| | ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

For the reasons stated in the court's previous Orders granting summary judgment to Defendants (ECF Nos. 37, 51), the court hereby enters judgment in favor of Defendants and against Plaintiffs regarding all claims. This case is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 27, 2006